**Opinion issued June 19, 2018.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00944-CV

———————————

## IN RE BAKER HUGHES OILFIELD OPERATIONS, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Baker Hughes Oilfield Operations, LLC, has filed a petition for writ of mandamus challenging the trial court's November 17, 2017 order compelling arbitration in accordance with the parties' arbitration agreement.[1]

---

[1] The underlying case is *Markall, Inc. v. Baker Hughes Oilfield Operations, LLC*, cause number 2017-73644, pending in the 333rd District Court of Harris County, Texas, the Hon. Daryl Moore presiding.

The Relator has failed to establish its entitlement to mandamus relief. Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.